[No. 23756–0–I. Division One. April 23, 1990.]

DANIEL J. ST. ANTOINE, *Respondent,* v. CURTIS P. THOMSON, *as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–03549–2, Stuart C. French, J., entered February 3, 1988. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Grosse, JJ.

[No. 21490–0–I. Division One. April 23, 1990.]

TERESA ANN WRIGHT, *Respondent,* v. WASHINGTON INSURANCE GUARANTY ASSOCIATION, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–03228–4, Stuart C. French, J., entered November 18, 1987. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Grosse, A.C.J., and Swanson, J.

[No. 23275–4–I. Division One. April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY JEROME DEVEAU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01789–8, James J. Dore, J., entered November 16, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Pekelis and Winsor, JJ.

[No. 11389–9–II. Division Two. April 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD ARTHUR FRIEND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–1–01309–1, E. Albert Morrison, J., entered September 22, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.